1  Fred W. Schwinn (SBN 225575)
2  Raeon R. Roulston (SBN 255622)
   CONSUMER LAW CENTER, INC.
3  12 South First Street, Suite 1014
   San Jose, California 95113-2418
4  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
5  Email Address: fred.schwinn@sjconsumerlaw.com

6  Attorneys for Plaintiff
   DEREK BRANDON PICARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DEREK BRANDON PICARD, | Case No. 5:14-CV-04618-RMW-HRL |
| Plaintiff, | STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORFER |
| v. | |
| ABC LEGAL SERVICES, INC., a Washington corporation, MARCOS ANTONIO TEJADA, individually and in his official capacity; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties in the above-entitled action hereby submit this <u>Stipulation and Joint Request to Continue Case Management Conference</u> regarding the Case Management Conference scheduled on March 13, 2015, at 10:30 a.m. In support of their request, the parties state as follows:

1. On December 10, 2014, the Court set the initial Case Management Conference in this matter for March 6, 2015.[1]

2. The firm Consumer Law Center, Inc., counsel for record for Plaintiff, employs two attorneys – Fred W. Schwinn, and Raeon R. Roulston. Lead counsel, Mr. Schwinn, will be traveling out of the state on a previously-scheduled vacation from March 6, 2015, to March 20, 2015. Thus, his

---
[1] Doc. 16.

- 1 -
STIPULATION AND JOINT REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 5:14-CV-04618-RMW-HRL

associate, Mr. Roulston, was assigned to appear for Plaintiff at the initial Case Management Conference in this matter, which was originally scheduled on March 6, 2015, at 10:30 a.m.

3. Thereafter, on February 20, 2015, the Court, of its own accord, continued the said Case Management Conference to March 13, 2015.[2]

4. Mr. Roulston is also scheduled to attend a Mediation on March 13, 2015, at 10:00 a.m., in the unrelated case of *Camacho v. Jefferson Capital*, CAND Case No. 5:14-CV-02728-BLF-HRL. Thus, the Court's continuance of the initial Case Management Conference in this matter to March 13, 2015, at 10:30 a.m., has created a calendar conflict for Plaintiff's counsel.

5. Accordingly, the parties jointly request that the Court continue the Case Management Conference currently set for March 13, 2015, at 10:30 a.m., to March 27, 2015, at 10:30 a.m. The parties further request that the deadline to file a Case Management Conference Statement be continued from March 6, 2015, to March 20, 2015.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: March 2, 2015   By: /s/ Raeon R. Roulston
    Raeon R. Roulston, Esq.
    Attorney for Plaintiff
    DEREK BRANDON PICARD

WEISBERG & MILLER

Dated: March 2, 2015   By: /s/ Kenneth J. Sperandio, Jr.
    Kenneth J. Sperandio, Jr., Esq.
    Attorney for Defendant
    ABC LEGAL SERVICES, INC.

---

[2] Doc. 22.

**[] ORFER**

Having considered the parties' Stipulation and Joint Request to the Continue Case Management Conference to March 27, 2015, and good cause appearing, the parties' request is hereby GRANTED. The Case Management Conference in this case is hereby continued to March 27, 2015, at 10:30 a.m. The parties shall file a Joint Case Management Conference Statement on or before March 20, 2015.

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge