Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
DEREK BRANDON PICARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DEREK BRANDON PICARD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation, MARCOS ANTONIO TEJADA, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:14-CV-04618-RMW-HRL<br><br>**STIPULATION REGARDING SETTLEMENT NEGOTIATIONS AND [] ORDER THEREON** |

Whereas, Plaintiff, DEREK BRANDON PICARD, filed the above captioned matter against Defendants, ABC LEGAL SERVICES, INC., and MARCOS ANTONIO TEJADA, on October 15, 2014; and

Whereas, the parties wish to engage in frank and open settlement negotiations in this case without the concern that their settlement efforts will be used for any purpose in this or any other case.

Wherefore, it is hereby stipulated by and between the parties through their respective attorneys of record that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement negotiations in this case shall be privileged and confidential, and shall not be used for any purpose whatsoever. It is the intent of the parties that their settlement negotiations will be treated with the same

confidentiality as afforded mediations under Northern District of California ADR L.R. 6-12.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: July 6, 2015        By: /s/ Raeon R. Roulston
                               Raeon R. Roulston, Esq.
                               Attorney for Plaintiff
                               DEREK BRANDON PICARD


                           WEISBERG & MILLER

Dated: July 6, 2015        By: /s/ William S. Weisberg
                               William S. Weisberg, Esq.
                               Attorney for Defendant
                               ABC LEGAL SERVICES, INC.

## ORDER

Based upon the foregoing stipulation and good cause appearing,

IT HEREBY ORDERED, that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement negotiations in this case shall be privileged and confidential, and shall not be used for any purpose whatsoever.  The settlement negotiations of the parties shall be treated with the same confidentiality as afforded meditations under Northern District of California ADR L.R. 6-12.

Dated: ï␁␉␁ï␁␉␁ï␁  _____
                   The Honorable Ronald M. Whyte
                   United States District Judge

- 2 -
STIPULATION REGARDING SETTLEMENT NEGOTIATIONS AND ORDER THEREON
Case No. 5:14-CV-04618-RMW-HRL